# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 101 WM 2020

                  Respondent         :

                         v.           :

KEVIN EARL LAPE,         :

                  Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.